ORIGINAL

ECF

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FILED
APR 1 2005
U.S. COURT OF FEDERAL CLAIMS

WESTERN REFINING COMPANY, L.P., )
)
Plaintiff, )
vs. )
)
THE UNITED STATES, )
)
Defendant. )

05- 439C

**NOTICE OF DIRECTLY-RELATED CASE**

Pursuant to RCFC 40.2, counsel of record for Plaintiff, Western Refining Company, L.P. ("Western Refining"), respectfully submits this Notice of Directly-Related Case to bring to the Court's attention the directly-related case of *Western Refining Company, L.P. v. United States*, No. 03-2669C (Fed. Cl.) (Firestone, J.). This prior case involves the same parties and is based on the same or similar claims as the present case. Specifically, the prior case involves Western Refining's challenge to the legality of the Defense Energy Support Center's ("DESC") military fuel prices under one of Western Refining's jet fuel contracts, while the present case involves Western Refining's challenge to the legality of DESC's military fuel prices under nine additional jet fuel contracts. Accordingly, pursuant to RCFC 40.2, the assignment to a single

judge or other action, including consolidation, will likely conserve judicial resources and promote an efficient determination of the actions.

Respectfully submitted,

J. Keith Burt

J. Keith Burt
Mayer, Brown, Rowe & Maw LLP
1909 K Street, NW
Washington, DC 20006
(202) 263-3208 (phone)
(202) 263-5208 (fax)

Counsel for Plaintiff
Western Refining Company, L.P.

April 1, 2005