# In the United States Court of Federal Claims

**No. 05-439C**
**(Filed: June 1, 2005)**

* * * * * * * * * * * * * * * * * *

**WESTERN REFINING CO., L.P.,**

**Plaintiffs,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * *

**ORDER STAYING CASE**

Defendant's unopposed motion, filed May 27, 2005, to stay the above-captioned case pending a decision from the United States Court of Appeals for the Federal Circuit on plaintiffs' request for rehearing en banc in Tesoro Hawaii Corporation, et al. v. United States, No. 04-5064 (Fed. Cir. Apr. 26, 2005) is **GRANTED**. Accordingly, the case is **STAYED**. The parties shall file a joint status report by **July 13, 2005**.

**IT IS SO ORDERED.**

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge