IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WESTERN REFINING COMPANY, L.P., | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | No. 05-439C |
| | ) | (Judge Firestone) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**STATUS REPORT**

Pursuant to the Court's June 1, 2005 Order, Plaintiff, Western Refining Company, L.P. ("Western Refining"), on behalf of both Western Refining and Defendant, the United States, respectfully submits this Status Report in response to the Court's inquiry concerning resolution of the petition for rehearing *en banc* in the similarly-situated case of *Tesoro Hawaii Corporation, et al. v. United States*, No. 04-5064 (Fed. Cir. Apr. 26, 2005).

Plaintiffs-Appellants in *Tesoro*, also represented by counsel of record for Western Refining here, filed a petition for rehearing *en banc* before the Federal Circuit on June 10, 2005. The Federal Circuit requested that the Government in *Tesoro* file a response to the petition, which the Government filed on July 8, 2005. Because *Tesoro* involves the same fundamental issues concerning the legality of DESC's military fuel prices that are present in this case, Western Refining and the Government jointly request that the Court continue the stay of proceedings in this case until resolution of the petition for rehearing *en banc* in *Tesoro*. Should

the Court grant the parties' request to continue the stay, the parties will file a Status Report within fourteen days of the issuance of the mandate in *Tesoro*.

Respectfully submitted,

s/ J. Keith Burt

J. Keith Burt
Mayer, Brown, Rowe & Maw LLP
1909 K Street, N.W.
Washington, D.C. 20006
(202) 263-3208 (Phone)
(202) 263-5208 (Fax)

Counsel for Plaintiff,
Western Refining Company, L.P.

July 12, 2005