# In the United States Court of Federal Claims

**No. 05-439C**
**(Filed: July 15, 2005)**

| | |
|---|---|
| * * * * * * * * * * * * * * * * * | |
| | * |
| | * |
| **WESTERN REFINING CO., L.P.,** | * |
| | * |
| **Plaintiffs,** | * |
| | * |
| **v.** | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| **Defendant.** | * |
| | * |
| * * * * * * * * * * * * * * * * * | |

**ORDER**

The court is in receipt of the status report, filed on July 12, 2005 by plaintiff on behalf of both parties, indicating that the petition for rehearing *en banc* before the Federal Circuit in Tesoro Hawaii Corporation, et al. v. United States, No. 04-5064 (Fed. Cir. Apr. 26, 2005) is still pending. The parties request to continue the stay in the above-captioned case. The case is **STAYED**. The parties shall file a joint status report within 14 days of the issuance of the mandate in Tesoro.

**IT IS SO ORDERED.**

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge