# In the United States Court of Federal Claims

**No. 05-439C**
**(Filed: October 11, 2005)**

*** * * * * * * * * * * * * * * * ***

**WESTERN REFINING CO., L.P.,**

**Plaintiffs,**

**v.**

**THE UNITED STATES,**

**Defendant.**

*** * * * * * * * * * * * * * * * ***

## ORDER

The court hereby **SCHEDULES** a status conference for **Friday, October 21, 2005, at 10:30 a.m. eastern time**. Counsel for each party shall appear via telephone and unless otherwise notified will be contacted at the following numbers: counsel for plaintiff at (202) 263-3208; counsel for defendant at (202) 616-2311.

**IT IS SO ORDERED.**

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge