# In the United States Court of Federal Claims

**No. 05-439C**
**(Filed: October 24, 2005)**

| | |
|---|---|
| * * * * * * * * * * * * * * * * * | |
| | * |
| | * |
| **WESTERN REFINING CO., L.P.,** | * |
| | * |
| **Plaintiffs,** | * |
| | * |
| **v.** | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| **Defendant.** | * |
| | * |
| * * * * * * * * * * * * * * * * * | |

## ORDER

Based on the October 21, 2005 telephonic status conference, the parties are directed to decide:

1) Which of the three cases before this court should be the subject of summary judgment briefing;

2) Whether the other cases should be stayed pending such briefing; and

3) What an appropriate schedule would be for the briefing.

The parties shall notify the court of their decisions on these issues by **Monday, October 31, 2005**.

**IT IS SO ORDERED.**

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge